FILED
MAY 15 2018
Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JIMMY MARK WALKER, <br><br> Defendant. | CR 17-66-BLG-SPW-1 <br><br> ORDER |

Upon the Defendant's Unopposed Motion to File Sentencing Memorandum Under Seal (Doc. 71), and for good cause appearing,

**IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**.

Defendant's Sentencing Memorandum shall be filed under seal.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 14th day of May, 2018.

SUSAN P. WATTERS
United States District Judge